## INDEMNITY INS. CO. OF NORTH AMERICA v. LAHMAN.

No. 23296.   Oct. 2, 1934.

Ellis A. Robinson and Quincy J. Jones (R. D. Hudson and W. E. Hudson, on briefs), for plaintiff in error.

Ford & Montgomery (Leslie W. Lisle, of counsel), for defendant in error.

CULLISON, V. C. J. This case was consolidated with case No. 22310, Indemnity Ins. Co. v. Sanders, 169 Okla. 378, 36 P. (2d) 271, for the purpose of briefing in this court.

Both cases arose out of the same accident.

The decision of this court this date, in case No. 22310, determines and is conclusive of the issues of law in the case at bar.

The judgment of the trial court is reversed.

RILEY, C. J., and OSBORN, BAYLESS, and WELCH, JJ., concur.